# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CLARENCE Z. HOWARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-CV-233 HEA |
| ANNE PRECYTHE, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal motion for "extension for TRO (ie Temporary Restraining Order) and Preliminary Injunction for Civil Case." In his motion plaintiff seeks a copy of a document that he purportedly sent to the Court the prior week. Plaintiff states that he is concerned that Missouri Department of Corrections officials are delaying his "legal mail" to and from the Court.

The Court will instruct the Clerk to send plaintiff a copy of the docket sheet. Additionally, the Clerk should also send plaintiff a copy of the Memorandum and Order and Order of Dismissal entered on May 27, 2021. Plaintiff's request for extension of TRO, however, will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for extension of TRO [Doc. #14] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff a copy of the docket sheet.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a copy of the Memorandum and Order and Order of Dismissal [Doc. #11 and #12] entered on May 27, 2021.

**IT IS FURTHER ORDERED** that an appeal from this Order shall not be taken in good faith.

Dated this 2<u>nd</u> day of June, 2021.

                                          HENRY EDWARD AUTREY
                                        UNITED STATES DISTRICT JUDGE